UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>EMILIANO HERNANDEZ-LOMBERA,<br><br>    Defendant. | Case No. CR23-038 TL<br><br>DETENTION ORDER |

Mr. Hernandez-Lombera is charged with failure to surrender for service of sentence, 18 U.S.C. §§ 3146(a)(2) and (b)(1)(A)(i). The Court held a detention hearing on March 15, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Hernandez-Lombera stipulated to detention.

2. Mr. Hernandez-Lombera poses a risk of nonappearance due to his alleged failure to self-surrender as ordered by the Court after sentencing. Mr. Hernandez-Lombera poses a risk of danger due to the violent nature of the circumstances surrounding his arrest on February 26, 2023. Based on these

findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Hernandez-Lombera's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Hernandez-Lombera shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Hernandez-Lombera shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Hernandez-Lombera is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Hernandez-Lombera, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15 day of March, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2